**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR206** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ALVARO ALFERES and** | ) | |
| **KATE D. CRUZ,** | ) | |
| | ) | |
| **Defendants,** | ) | |

This matter is before the Court on defendant Kate Cruz's Motion to Continue Trial [32] and Alvaro Alferes' Amended Unopposed Motion to Continue Trial [34]. The parties require additional time to resolve this matter short of trial. The co-defendant does not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [32] and the Unopposed Motion to Continue Trial [34] are granted, as follows:

1. The jury trial, **as to both defendants**, now set for April 2, 2024, is continued to **May 28, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 28, 2024,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Unopposed Motion to Continue, filing [33] is denied as moot.

**DATED: March 19, 2024**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**